No. 10–10489. KING *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–10530. MARTINEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–10538. WHYTE *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 10–10542. JOHNSON *v.* UPTON, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 10–10547. DONOVAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–10550. VINCENT *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–10551. CUMMINGS, AKA DAVILA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–10552. ZHI YONG GUO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–10554. HAMPTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–10555. GARCIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–10557. GONZALES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–10559. HAWKINS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–10560. GOINGS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–10561. HATCHER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–10564. HALSTEAD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–10570. PINEDA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.